Opinion approved by the Court.

Forrest Lee BENGE, Jr., Appellant,

v.

STATE of Texas, Appellee.

No. 31248.

Court of Criminal Appeals of Texas.

Dec. 16, 1959.

Tod R. Adams, Crockett, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The record presents the same matters as shown in the opinion in Benge v. State, Tex. Cr., 330 S.W.2d 195, and the opinion there controls the disposition of this case.

Accordingly, the judgment is reversed and the cause remanded.

Opinion approved by the Court.